SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
ERIC J. TROUTMAN (State Bar No. 229263)
ejt@severson.com
ANDREW A. WOOD (State Bar No. 279403)
aaw@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
CHEX SYSTEMS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA — FRESNO DIVISION

| MOSTAFA HEIDARI,<br><br>        Plaintiff,<br><br>   vs.<br><br>BANK OF THE WEST; a California corporation; CHEX SYSTEMS, a Minnesota corporation; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No. 1:13-cv-00222-AWI-SAB<br>Hon. Anthony W. Ishii<br>Ctrm. 2<br>Stanley A. Boone – U.S. Magistrate Judge<br>Ctrm. 9<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER**<br><br>Action Filed:   February 11, 2013<br>Trial Date:     None Set |
|---|---|

     Plaintiff MOSTAFA HEIDARI and Defendants BANK OF THE WEST and CHEX SYSTEMS (collectively, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

     1.    Settlement discussions in this matter are active and ongoing. The Parties are hopeful that settlement will be reached soon so as to conserve this Court's resources and to make discovery and trial unnecessary.

     2.    The Parties request that the Scheduling Conference in this matter, currently set for May 14, 2013, be continued for a period of not less than thirty (30) days.

31176.0100/2678981.1

3. The Parties request that the time in which to serve initial disclosures pursuant to Federal Rule of Civil Procedure 26(a), the time in which to conduct a Rule 26(f) conference, and the time in which to file and serve a joint Rule 26(f) conference report be continued in accordance with the new date for the Scheduling Conference.

4. The Parties agree that should this Court decline to continue the Scheduling Conference, the Parties will prepare their initial disclosures, conduct a Rule 26(f) conference, and prepare a joint Rule 26(f) conference report within seven (7) days of the date on which this Court formally declines to enter this stipulation.

DATED: April 30, 2013              SEVERSON & WERSON
                                   A Professional Corporation


                                   By:      /s/ ANDREW A. WOOD
                                                  Andrew A. Wood

                                   Attorneys for Defendant CHEX SYSTEMS

DATED: April 29, 2013              LAW OFFICE OF HENRY D. NUNEZ


                                   By:      /s/ HENRY D. NUNEZ
                                                  Henry D. Nunez

                                   Attorneys for PLAINTIFF MOSTAFA HEIDARI

DATED: April 30, 2013              MUSICK PEELER & GARRETT


                                   By:      /s/ WALTER J.R. TRAVER
                                                  Walter J.R. Traver, Esq.

                                   Attorneys for DEFENDANT BANK OF THE WEST

**ORDER**

The Court having read the foregoing Stipulation of the Parties and GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED:

The Scheduling Conference currently set for May 14, 2013, is CONTINUED TO June 18, 2013 at 2:30p.m.  The parties shall file a Joint Scheduling Conference Statement (1) full week before the scheduling conference.

IT IS SO ORDERED.

Dated:   **May 3, 2013**

UNITED STATES MAGISTRATE JUDGE