1 │ SCOTT J. HYMAN (State Bar No. 148709)
    sjh@severson.com
2 │ ERIC J. TROUTMAN (State Bar No. 229263)
    ejt@severson.com
3 │ ANDREW A. WOOD (State Bar No. 279403)
    aaw@severson.com
4 │ SEVERSON & WERSON
    A Professional Corporation
5 │ The Atrium
    19100 Von Karman Avenue, Suite 700
6 │ Irvine, California 92612
    Telephone: (949) 442-7110
7 │ Facsimile: (949) 442-7118

8 │ Attorneys for Defendant
    CHEX SYSTEMS
9 │

10 │ **UNITED STATES DISTRICT COURT**

11 │ **EASTERN DISTRICT OF CALIFORNIA — FRESNO DIVISION**

12 │ MOSTAFA HEIDARI,                     │ Case No. 1:13-cv-00222-AWI-SAB
                                          │ Hon. Anthony W. Ishii
13 │                  Plaintiff,          │ Ctrm. 2
                                          │ Stanley A. Boone – U.S. Magistrate Judge
14 │       vs.                            │ Ctrm. 9

15 │ BANK OF THE WEST; a California       │ **JOINT STIPULATION TO CONTINUE**
      corporation; CHEX SYSTEMS, a Minnesota │ **SCHEDULING CONFERENCE; ORDER**
16 │ corporation; and DOES 1 through 20,
      inclusive,
17 │
                                          │ Action Filed:   February 11, 2013
18 │                                      │ Trial Date:     None Set
                  Defendants.
19 │

20 │

21 │       Plaintiff MOSTAFA HEIDARI and Defendants BANK OF THE WEST and CHEX

22 │ SYSTEMS (collectively, the "Parties"), by and through their counsel of record, hereby stipulate as

23 │ follows:

24 │       1.      Settlement discussions in this matter are active and ongoing.  The Parties are

25 │ hopeful that settlement will be reached soon so as to conserve this Court's resources and to make

26 │ discovery and trial unnecessary.

27 │       2.      The Parties request that the Scheduling Conference in this matter, currently set for

28 │ May 14, 2013, be continued for a period of not less than thirty (30) days.

31176.0100/2678981.1

1      3.    The Parties request that the time in which to serve initial disclosures pursuant to

2  Federal Rule of Civil Procedure 26(a), the time in which to conduct a Rule 26(f) conference, and

3  the time in which to file and serve a joint Rule 26(f) conference report be continued in accordance

4  with the new date for the Scheduling Conference.

5      4.    The Parties agree that should this Court decline to continue the Scheduling

6  Conference, the Parties will prepare their initial disclosures, conduct a Rule 26(f) conference, and

7  prepare a joint Rule 26(f) conference report within seven (7) days of the date on which this Court

8  formally declines to enter this stipulation.

9

10  DATED:  April 30, 2013        SEVERSON & WERSON
                      A Professional Corporation

11

12

13                        By:       /s/ ANDREW A. WOOD
                                   Andrew A. Wood

14

15                        Attorneys for Defendant CHEX SYSTEMS

16  DATED:  April 29, 2013        LAW OFFICE OF HENRY D. NUNEZ

17

18

19                        By:       /s/ HENRY D. NUNEZ
                                   Henry D. Nunez

20                        Attorneys for PLAINTIFF MOSTAFA HEIDARI

21

22  DATED:  April 30, 2013        MUSICK PEELER & GARRETT

23

24                        By:       /s/ WALTER J.R. TRAVER
                                   Walter J.R. Traver, Esq.

25

26                        Attorneys for DEFENDANT BANK OF THE WEST

27

28

1

2

**ORDER**

The Court having read the foregoing Stipulation of the Parties and GOOD CAUSE

3

APPEARING THEREFORE, IT IS ORDERED:

4

The Scheduling Conference currently set for May 14, 2013, is CONTINUED TO June 18,

5

2013 at 2:30p.m.  The parties shall file a Joint Scheduling Conference Statement (1) full week

6

before the scheduling conference.

7

8

9

IT IS SO ORDERED.

10

11

12

Dated:   **May 3, 2013**

_____

UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

31176.0100/2678981.1                                              -3-

JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER