**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MOSTAFA HEIDARI, | ) | 1:13-cv-222-AWI-SAB |
| Plaintiff, | ) | |
| | ) | ORDER VACATING HEARING |
| v. | ) | DATE AND TAKING MATTER |
| | ) | UNDER SUBMISSION |
| BANK OF THE WEST; CHEX | ) | |
| SYSTEMS; and DOES 1 through 20, | ) | (Doc. 8) |
| inclusive, | ) | |
| Defendants. | ) | |

Defendant Chex Systems, Inc., has filed a motion to dismiss the complaint, set for hearing on June 3, 2013. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g).

Accordingly, the hearing date of June 3, 2013 is hereby VACATED and the parties shall not appear. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 29, 2013                                                            _____

SENIOR DISTRICT JUDGE