# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSTAFA HEIDARI,<br><br>            Plaintiff,<br><br>    v.<br><br>BANK OF THE WEST; CHEX SYSTEMS; and DOES 1 through 20, inclusive,<br><br>            Defendants. | 1:13-cv-00222-AWI-SAB<br><br>ORDER DISMISSING ACTION AND CLOSING CASE<br><br>(Doc. 18) |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On May 31, 2013, plaintiff Mostafa Heidari filed a notice of settlement indicating the case had settled in its entirety. On June 10, 2013, plaintiff filed a request for dismissal of the case with prejudice. Based on the foregoing, and for good cause shown, the Court, in accordance with Federal Rule of Civil Procedure 41(a)(2), hereby DISMISSES this action with prejudice and without an award of attorneys' fees to any party, and respectfully directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   June 11, 2013

_____
SENIOR  DISTRICT  JUDGE